FILED
2018 NOV -9 AM 11:23

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: MJ-18-2999 |
|---|---|---|
| v. Kevin McBride | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 11/8/18  10:49  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC 846

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1975

8. Defendant has retained counsel: ☒ No
   ☒ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: ~~Keith~~ Devin

10. Remarks (if any): _____

11. Name: Stephanie Grebbs (please print)

12. Office Phone Number: 5022086611    13. Agency: ATF

14. Signature: Grebbs    15. Date: 11/8/18

CR-64 (2/14)    REPORT COMMENCING CRIMINAL ACTION