NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
JOSEPH D. AXELRAD (Cal. Bar No. 274580)
Assistant United States Attorneys
    1500/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4443/7964
    Facsimile: (213) 894-0141/0142
    E-mail: lindsey.dotson@usdoj.gov
            joseph.axelrad@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-MJ-02999 |
|---|---|
| Plaintiff, | STIPULATION RE: FILING OF INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| KEVIN MCBRIDE, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Lindsey Greer Dotson and Joseph D. Axelrad, and defendant KEVIN MCBRIDE ("defendant"), by and through defendant's counsel of record, Fredricco McCurry, hereby stipulate as follows:

    1.    Defendant was arrested for a violation of 18 U.S.C. § 846 on November 8, 2018. Defendant signed a waiver of preliminary hearing on or about November 15, 2018. The Speedy Trial Act of 1974,

18 U.S.C. § 3161(b), originally required that an information or indictment be filed on or before December 7, 2018.

2. By this stipulation, the parties jointly move to continue the date by which an information or indictment must be filed to January 11, 2019. The parties further move to continue the post-indictment arraignment in this matter from December 17, 2018 at 11 a.m. to January 15, 2019 at 11 a.m.

3. The parties agree and stipulate, and request that the court find the following:

    a. The ends of justice outweigh the interest of the public and the defendant in the filing of an information or indictment within the original date prescribed by the Speedy Trial Act because:

        i. The arrest of the defendant occurred at a time such that it is unreasonable to expect return and filing of an indictment within the period specified in Section 3161(b).

        ii. The facts upon which the grand jury must base its determination are unusual and complex and thus, it would be unreasonable to expect return and filing of an indictment within the period specified in Section 3161(b).

        iii. The defendant, his counsel, and government counsel need 35 days from December 7, 2018, to January 11, 2019, to consider entering into a plea agreement prior to the filing of an indictment or information.

4. Based on the foregoing, the parties request that the Court find that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161(b), within which an information or indictment must be filed, the time period of December 7, 2018 to January 11,

2019 is deemed excludable pursuant to 18 U.S.C. § 3161(h) because it results from:

    a. The ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a filing of an information or indictment within the period specified in Section 3161(b).

  5. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.

Dated: November 29, 2018

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*/s/ Lindsey Greer Dotson*
LINDSEY GREER DOTSON
JOSEPH D. AXELRAD
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 29, 2018

FREDRICCO MCCURRY
Attorney for Defendant
KEVIN MCBRIDE

Dated: November 29, 2018

KEVIN MCBRIDE