NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
LINDSEY GREER DOTSON (Cal. Bar No. 266973)
JOSEPH D. AXELRAD (Cal. Bar No. 274580)
Assistant United States Attorneys
    1500/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4443/7964
    Facsimile:  (213) 894-0141/0142
    E-mail:   lindsey.dotson@usdoj.gov
          joseph.axelrad@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>KEVIN MCBRIDE,<br><br>      Defendant. | No. 2:18-MJ-02999<br><br>[PROPOSED] ORDER CONTINUING DATE FOR FILING OF INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT<br><br>**[Proposed] Information/Indictment Filing Date: January 11, 2019**<br><br>**[Proposed] Post-Indictment Arraignment: January 15, 2019** |

     The Court has read and considered the Stipulation Regarding Filing of Information or Indictment Pursuant to Speedy Trial Act, filed by the parties in this matter on December 4, 2018.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the date by which an information or indictment must be filed in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a filing of an information or indictment within the period specified in Section 3161(b).

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The date by which an information or indictment in this matter must be filed is continued from December 7, 2018, to January 11, 2019, as to all defendants.

2.    Post-indictment arraignment in this matter is continued from December 17, 2018 at 11 a.m. to January 15, 2019 at 11 a.m.

3.    The time period of December 7, 2018, to January 11, 2019, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(b).

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which the filing of an information or indictment must occur.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which the filing of an information or indictment must occur.

IT IS SO ORDERED.

_____          _____
DATE                                 UNITED STATES MAGISTRATE JUDGE

Presented by:

_/s/ Joseph Axelrad_____
JOSEPH D. AXELRAD
Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28